UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TURNER,<br>　　　　Plaintiff,<br>　　v.<br>JOHN KATAVICH,<br>　　　　Defendant. | Case No. 14-cv-02575-JSC<br><br>**ORDER OF DISMISSAL** |

On June 4, 2014, Petitioner, a California prisoner proceeding pro se, filed a motion for an extension of time to file a habeas petition. Based on this motion, the Clerk of Court opened this habeas case and, on the same day, notified Petitioner he had not filed a petition and had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Petitioner the Court's form habeas petition, IFP forms and instructions, and a stamped return envelope. The notices informed him that the case would be dismissed if he did not file a petition and either pay the filing fee or file a completed IFP application within 28 days. While Petitioner returned a form consenting to the jurisdiction of a United States Magistrate Judge (docket number 6), he has not responded to either deficiency notice. As more than 28 days have passed since the mailing

of the notices, this case is DISMISSED without prejudice to Petitioner filing a habeas petition in a new action in which he either pays the filing fee or submits a complete IFP application.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: July 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2