UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TURNER,<br>        Plaintiff,<br><br>    v.<br><br>JOHN KATAVICH,<br>        Defendant. | Case No. 14-cv-02575-JSC<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal filed July 28, 2014, a judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED.**

Dated: July 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge